IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN 22 AM 8: 08

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | Case No. 2:97cr20244-2-D |
| | * | |
| ERIC RAYFORD | * | |

---

## ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

---

On June 21, 2005, **Eric Rayford** appeared before me on a charge of violation of the terms

and conditions of his supervised release in this matter.  The defendant had previously been advised

of his rights under Fed.R.Crim.P. 5 and 32.1(a), and counsel was appointed.

At this hearing, the Court, after hearing proof, concluded that probable cause was established

that the defendant had violated the terms and conditions of his supervised release.

Accordingly, defendant **Eric Rayford** is held to a final revocation hearing before United

States District Judge **Bernice B. Donald**  It is presumed that the  District Judge will set this matter

for a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b),(c), and will see that appropriate notices

are given.

The defendant was remanded to the custody of the United States Marshals.

**IT IS SO ORDERED** this  21st day  of June, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-22-05

108

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 108 in case 2:97-CR-20244 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT