UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ M ___ D.C.

05 JUL 11 PM 6:44

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                                               Cr. No. 97-20244-D

ERIC RAYFORD,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION TO RESET SUPERVISED RELEASE VIOLATION HEARING

---

For good cause shown, the Court hereby **GRANTS** defendant's motion to reset the supervised release violation hearing, currently set for Wednesday, July 13, 2005 at 1:30 p.m. The supervised release violation hearing is hereby **RESET** for _Tuesday, August 16, 2005 at 1:30 PM_.

It is so **ORDERED**, this the ___8___ day of July, 2005.

*[signature]*
HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 2:97-CR-20244 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT