# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 AUG 23 PM 3: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
      Plaintiff,

VS.

ERIC RAYFORD
      Defendant.

Case Number 2:97CR20244-02-D

### JUDGMENT AND COMMITMENT ORDER
### ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Eric Rayford, was represented by Randolph Alden, Esq.

It appearing that the defendant, who was convicted on May 28, 1998, in the above styled cause and was placed on Supervised Release for a period of five (5) years and violated the terms of Supervised Release. On February 10, 2005, the Court imposed a sentence of Time Served and re-imposed a term of Supervised Release that was set to terminate on May 9, 2007. The defendant violated the conditions of his Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day with no further term of Supervised Release.

The Court made a recommendation to the United States Bureau of Prisons that the defendant be transferred to a Halfway House as soon as possible.

The defendant is remanded to the custody of the United States Marshal.

Signed this the __23rd__ day of August, 2005.


BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE


Defendant's SS No.: 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
Defendant's Date of Birth: 07/05/1972
U.S. Marshal No.: 16190-076
Defendant's Mailing Address: 3821 Ladue Street, Memphis, TN

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __8-25-05__

(114)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 2:97-CR-20244 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT